| UNITED STATES BANKRUPTCY COURT<br>**Southern District of Florida (Miami)** | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor:<br>Pedro Pablo Cordova | Case Number:<br>15-13940 | |
| Name of Creditor:<br>Nationstar Mortgage LLC | | |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | | **COURT USE ONLY** |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 5480** | | Check this box if the account number has changed. |

2. Signature

   Check the appropriate box.
   ☑ I am the creditor.
   ☐ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor.
   ☐ I am a guarantor, surety, indorser, or other codebtor.

   /s/ Michael Daniels                              Date:  03/29/2015
   Michael Daniels - Assistant Secretary

1304999-6ffacc9a-06f9-4cba-8168-e2dcecc2c95e-

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida (Miami)

Chapter 13 No. 15-13940

In re:                                                    Judge: Laurel M Isicoff

Pedro Pablo Cordova

                               Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:             Pedro Pablo Cordova
                       17000 SW 117 Avenue
                       Miami, FL 33177-2105

Debtor's Attorney:      Robert Sanchez, Esq
                       355 W 49 St.
                       Hialeah, FL 33012

Trustee:           Nancy K. Neidich
                       www.ch13herkert.com
                       POB 279806
                       Miramar, FL 33027

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent

1304999-afc7a1fd-4936-41bf-beff-477f58c7a03e-