RE: _Pedro Pablo Cordova_    ☐ PRO SE    Case # 15-13940 LMI

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- __ Tax returns: 2012 2013 2014  Corp 2012 2013 2014
- __ Bank Account Statements ☒ 3 months pre-petition
  _#2204    12/1 - 12/31/14, 2/1 - 3/3/15_
- __ Check copy _____
- __ Explain W/D _____
- __ FMV(NADA/Carmax), Reg and Payoff: Vehicles _____
- __ FMV and Payoff: Real Estate _____
- __ Non homestead Information Sheet
- __ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
- __ BDQ & attachments ☐ Profit & Loss ☐ Balance Sheet
- __ Bank statements and checks ☐ 3 months _____

- __ Fee application (see court guideline 6)
- __ Income understated _____ stubs _____ taxes
       co-debtor _____ stubs _____ taxes
- __ Spouse's pay advices/spouse's wages not disclosed
- __ Proof of household size (government ID w/ address) and income of all adults
- __ Best effort < 36 months < 60 months
- __ Expenses objectionable: Sch J ☐ Provide Proof
- __ D/I > 100%  < 90%  Feasibility
- __ Info on transfer  SOFA #3 #10  undisclosed
    __ Tolling Agreement(s)

Other: _Need MMM language_

__ _need complete DSO_
- ☒ Domestic Support Info: name address and phone
- __ Affidavits of ☒ support _____ rent
- __ ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy
- ☒ Other provisions    ☐ 100% ☐ lawsuit ☐ lease
                        ☐ gambling ☐ HAMP ☒ LMM/MMM
- __ Plan does not fund
- __ Calculation errors/improper months _____
- __ Valuation motion  ☐ not filed  ☐ not resolved
- ☒ LMM/MMM motion ☒ not filed
- __ Reaffirm, redeem or surrender Sch D & G creditor
- __ Creditor on plan not listed in Schedules or no filed POC
- __ Priority debt on Sch E not in plan
- __ Object or Conform to Proof of Claim
    __ Miami-Dade County    __ Tax Certificate(DE#___)
    __ Dept of Revenue        __ IRS

- ☐ Notice of Filing HAMP ☐ Other _____
- __ Objection to Exemption (specifics to be filed)
    To be heard with confirmation at 1:30 pm
- __ Ch 7 s/b _____ plus tax refund / valuations
- __ Good faith to unsecured
- __ Expenses: documentation/calculation: CMI line

- __ CMI/DI _____ x 60 = _____
- ☐ Plus income/expenses issues ☐ Trustee est. $_____
- __ Undervalued collateral should be crammed down

_100% Plan_

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

***IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.***
*The debtor or debtor's attorney must appear at the confirmation hearing*
***The Trustee's recommendation for the confirmation hearing on  May 5, 2015   is as follows:
**15-13940**
Dismiss unless on or before noon on 5/1: a) need complete DSO, b) amend plan to provide LMM language, c) file LMM motion
DOCUMENTS REQUIRED BY NOON ON 5/1 OR DISMISS

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by,
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402