UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:        Pedro Pablo Cordova                    Case No. 15-13940-LMI
                                                     Chapter 13
_____Debtor(s)/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Attorney-Represented Debtor's Verified Ex-Parte Motion for Referral to Mortgage Modification Mediation with Nationstar Mortgage, LLC, Order Granting Verified Ex Parte Motion for Referral to Mortgage Modification, and Notice of Intention to Select Mediator were sent to all interested parties on May 1, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Pedro Pablo Cordova
17000 SW 117 Avenue
Miami, FL 33177-2105

NationStar Mortgage, LLC                             NationStar Mortgage, LLC
c/o Anthony Barone, CEO                              Corporation Service Company, R.A.
350 Highland Dr.                                     1201 Hays Street
Lewisville, TX 75067                                 Tallahassee, FL 32301-2525

Nationstar Mortgage, LLC
c/o Michael Daniels - Assistant Secretary
PO Box 619094
Dallas, TX 75261-9741

                                Respectfully Submitted:

                                **ROBERT SANCHEZ, P.A.**
                                Attorney for Debtor
                                355 West 49th Street
                                Hialeah, FL 33012
                                Tel. 305-687-8008

                                By:/s/ Robert Sanchez_____
                                 Robert Sanchez, Esq., FBN#0442161