UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:
Pedro Pablo Cordova                                          Case No. 15-13940-LMI
    Debtor                                                       Chapter 13
_____/

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW,** the debtor, Pedro Pablo Cordova, by and through his undersigned counsel and file this Notice of Voluntary Dismissal and for the reasons as set forth below:

1. On or about March 3, 2015, the instant case was filed.

2. The debtor wishes to voluntarily dismiss his Chapter 13 Bankruptcy.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Nancy Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027 and via regular mail to all parties on the service list this 8th day of July, 2015.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor(s)
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN# 0442161

```
Internal Revenue Service        NationStar Mortgage        US Bank National Association
P.O. BOX 7346                   POB 619063                 c/o Katherine E. Tilka, Esq.
Philadelphia, PA 19101-7346     Dallas, TX 75261-9063      Florida default law group, PL
                                                           POB 25018
                                                           Tampa, FL 33622
```