**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN THE MATTER OF**
**PEDRO P. CORDOVA**                    **CASE NO.: 15-13940-LMI**
                                         **CHAPTER: 13**

       **Debtor,**

_____/

**EMERGENCY HEARING REQUESTED ON DEBTOR'S MOTION TO RE-OPEN**
**CASE AND TO REDUCE PREJUDICE PERIOD**
**( FORECLOSURE HEARING SCHEDULED FOR OCTOBER 27, 2015)**

The Debtor, PEDRO P. CORDOVA (hereinafter referred to as "Debtor"), by the undersigned attorney and files this Motion to Re-Open Case and Reduce Prejudice Period and states:

1. Debtor filed his voluntary chapter 13 petition on March 3, 2015.

2. Said bankruptcy was voluntarily dismissed on July 9, 2015, D.E. #41.

3. Debtor's homestead is set to be sold on October 27, 2015.

4. Debtor would like to refile a chapter 13 bankruptcy in order to participate in the MMM program.

5. Debtor moves to have his case re-opened to have the prejudice period shortened.

6. The Debtor would like the opportunity to save his homestead and participate in the new Mortgage Mitigation Mediation Program.

7. Should the prejudice period not be shortened, the Debtor will lose his ability to save his property and will be severely prejudiced.

8. This motion is made in good faith and not for the purpose of delay.

Wherefore, PEDRO P CORDOVA, requests from this court to grant an Emergency hearing on the present Motion pursuant to Local Rule 9075-1, grant the Motion to Re-Open Case and to Reduce Prejudice Period and for such further relief as this Court deems appropriate.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

/s/ Ricardo R. Corona
RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3998 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Motion to Reduce Prejudice Period was sent via USPS Mail or electronic transmission to every party listed below, on the attached Matrix and to all others set forth in the NEF dated this 13th day of October, 2015.

CORONA LAW FIRM, P.A

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7th Street, 2nd Floor
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com

**Mailing Matrix**
**15-13940-LMI**

**Office of the US Trustee**
51 SW 1 Avenue, Ste 1204
Miami, Florida 33130

**Nancy Neidich, Chapter 13 Trustee**
P.O. Box 279806
Miramar, Florida 33027

**Pedro P Cordova**
17000 SW 117 Ave
Miami, Florida 33177

**US BANKNATIONAL ASSOCIATION**
c/o Katherine E. Tilka, Esq
Florida Default Law Group, PL
PO Box 25018
Tampa, FL 33622

**NationStar Mortgage, LLC**
PO Box 619063
Dallas, TX 75261

**NationStar Mortgage LLC**
c/o Shapiro, Fishman & Gache, LLP
2424 North Federal Highway, Suite 360
Boca Raton, FL 33431

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA19101

**NationStar Mortgage**
350 HIghland Drive
Lewisville, TX 75067

**US Bank National Association**
c/o Gladstone Law Group, P.A
1499 W. Palmetto Park Road, Suite 300
Boca Raton, FL 33486

**US Bank National Association**
101 5th Street East, Suite A
Saint Paul, MN 55101